# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 13-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARCO ONTIVEROS,
    a/k/a "Chino,"
2. PEDRO LUJANO-GONZALEZ,
3. CARLOS SALCIDO-GARCIA,
4. CARLOS ANTILLON-FERNANDEZ,
5. ERNESTO GARCIA,
    a/k/a "Yogui,"
6. JOSE GUADALUPE MORALES-MARTINEZ,
    a/k/a "Negro,"
7. BERNARDINO GAMILLO,
    a/k/a "Mateo,"
    ak/a "Sobrino,"
8. JUAN SANDOVAL, and
9. JESUS GARCIA-SALAS,
    a/k/a "Don Chuy,"

    Defendants.

## ORDER GRANTING GOVERNMENT'S MOTION
## TO DISCLOSE GRAND JURY MATERIAL

**Blackburn, J.**

    The matter is before me on the **Government's Motion To Disclose Grand Jury Material To Defendants** [#97][1] filed May 21, 2013. After reviewing the motion, the record, and the apposite law, the court concludes that the motion should be granted.

---

[1] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Motion To Disclose Grand Jury Material To Defendants** [#97] filed May 21, 2013, is **GRANTED**;

2.  That Grand Jury testimony and Grand Jury exhibits may be disclosed to the defendants through their respective attorneys in the course of discovery in this case;

3.  That such materials shall only be used in defending this case;

4.  That such materials shall be disclosed only to the defendants and counsel for the defendants;

5.  That the defendants' attorneys shall maintain custody of such materials and shall not produce or disseminate the same; and

6.  That such materials shall be returned to the United States at the conclusion of the case.

Dated May 22, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge